U.S. District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LISA MORRIS,<br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>    Defendant. | 3:14-cv-05726-JLR<br><br><br><br>ORDER |

The court finds and orders an attorney fee of $5,125.25 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2,530.36 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

DATED this 23RD day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

1
2  Recommended for Entry
   This ___ day of _____, 2017.
3
4  _____
   United States Magistrate Judge
5
6  Presented by:
7  s/ Kevin Kerr
   KEVIN KERR, WSB #47715
8  Schneider Kerr & Robichaux
   PO Box 14490
9  Portland, OR 97293
   (503) 255-9092
10 kevinkerr@schneiderlaw.com
11
12
13
14
15
16
17
18
19
20
21
22